appellees; Taylor, Miller, Busch & Manger, for certain appellee; John S. Miller, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed May 5, 1952; rehearing denied June 9, 1952; released for publication June 9, 1952.

## Kenneth Williams, a Minor, by Elbert Williams, his Father and Next Friend, and Elbert Williams, Plaintiffs-Appellees, v. Ralph Norman, Defendant-Appellant.

Term No. 52–F–12.

Frank E. Trobaugh, and Stephen E. Brondos, for appellant; Ralph W. Harris, and David A. Warford, for appellees. Opinion by PRESIDING JUSTICE CULBERTSON. Not to be published in full. Opinion filed May 14, 1952; released for publication June 17, 1952.

## Jules P. Dorette, Appellee, v. Alfeo Angellotti, Appellant, and D. Raymond Yoder, Appellant.

Gen. No. 45,516.